**Myron F. Smith #072722**
**Law Office of Myron F. Smith**
**4321 North West Ave., Suite 106**
**Fresno, California 93705**
**Telephone: (559) 226-5400**
**Facsimile: (559) 226-5108**

Attorneys for Defendant, Explore General, Inc. and International Fidelity Insurance Company and Jaime Gonzales

# UNITED STATES DISTRICT COURT FOR THE EASTERN

## DISTRICT OF CALIFORNIA , FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of NCI BUILDING SYSTEMS, L.P. d/b/a Metallic Building Company,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERNATIONAL FIDELITY INSURANCE COMPANY, EXPLORE GENERAL, INC., JAIME GONZALEZ and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case Number 05-CV-00531-AWI-SMS<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR FILING ANSWER** |

    IT IS HEREBY STIPULATED and agreed by and between the parties hereto, through their undersigned attorneys of record, that the time to file the answer be extended 30 days.

    The parties through counsel also agree this stipulation and order can be executed and filed with signatures pursuant to the electronic filing rules.

///

///

///

///

The parties make this stipulation and request the Court's order.

DATED: May 17, 2005                LAW OFFICE OF MYRON F. SMITH

                                   By_____/S/_____
                                   Myron F. Smith
                                   Attorneys for Defendant, EXPLORE
                                   GENERAL, INC.

DATED:  May 17, 2005               DOWNEY BRAND LLP

                                   By: _____/S/_____
                                   Veronica Ramirez, Attorney for
                                   Plaintiff, NCI BUILDING SYSTEMS,
                                   L.P. dba METALLIC BUILDING
                                   COMPANY

The court having considered the parties' stipulation and good cause appearing therefore,

**IT IS SO ORDERED.**

DATED: 5/18/05

                                   /s/ Sandra M. Snyder
                                   U.S. Magistrate Judge

G:\docs\HHerman\ORDERS TO BE SIGNED\05cv531.stipo.wpd

Law Office of
Myron F. Smith
Attorney at Law
4321 N. West Avenue
Suite 106
Fresno, California 93705
Telephone (559) 226-5400